IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-258-D

| | | |
|---|---|---|
| DAVID BLACKMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| G.UB.MK. CONSTRUCTORS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

Plaintiff's motion to amend the complaint [D.E. 21] is GRANTED. Defendant EnSafe, Inc.'s motion to dismiss the complaint [D.E. 15] is DENIED as moot. Plaintiff's amended complaint is due no later than January 26, 2015. Defendants may respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(b)(3).

SO ORDERED. This 16 day of January 2015.

JAMES C. DEVER III
Chief United States District Judge