IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-258-D

| | |
|---|---|
| DAVID BLACKMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| G.UB.MK CONSTRUCTORS, et al., ) | |
| ) | |
| Defendants. ) | |

On February 6, 2015 defendant EnSafe, Inc. filed a motion to dismiss [D.E. 28]. The motion to dismiss [D.E. 28] is DENIED. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 18 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge