UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID BLACKMON, )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>G.UB.MK CONSTRUCTORS, a joint )<br>venture between WORLEYPARSONS )<br>GROUP, INC., WILLIAMS PLANT )<br>SERVICES, LLC, and URS )<br>CORPORATION (now known as AECOM )<br>Technology Corporation); )<br>WORLEYPARSONS POLESTAR, INC., )<br>WORLEYPARSONS OF NORTH )<br>CAROLINA, INC., and ENSAFE, INC., )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:14-cv-258-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motion for summary judgment [D.E. 58] and DENIES defendants' motion for sanctions [D.E. 62]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendant EnSafe, Inc., and Blackmon jointly moved to voluntarily dismiss Blackmon's claims against EnSafe, Inc. [D.E. 56]. Therefore, Ensafe, Inc. was dismissed as a party on January 12, 2016.

**This Judgment Filed and Entered on November 14, 2016, and Copies To:**

| | |
|---|---|
| David Blackmon | (Sent to 1185 Pleasant Grove Church Road Bladenboro, NC 28320 via US Mail) |
| Sean T. Patrick | (via CM/ECF Notice of Electronic Filing) |
| Rodney E. Pettey | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>November 14, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>Deputy Clerk |